**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Michael Hunter, Sr.<br>Cassandra L Campbell-Hunter<br>Debtor(s) | Case No. 15 B 00572 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/09/2015.

2) The plan was confirmed on 05/21/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/21/2015, 02/29/2016, 02/29/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/11/2015, 09/08/2016.

5) The case was Dismissed on 11/28/2016.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $36,144.24 |
| Less amount refunded to debtor | $1,775.01 |

**NET RECEIPTS:** $34,369.23

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,310.68 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,110.68

Attorney fees paid and disclosed by debtor:    $1,200.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Alzein Medical LTD | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| American Honda Finance Corporation | Unsecured | 18,575.00 | NA | NA | 0.00 | 0.00 |
| American Medical Collection Agency | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 2,338.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 183.00 | 198.45 | 198.45 | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 28,847.00 | 29,013.45 | 29,013.45 | 9,327.98 | 1,830.55 |
| Cavalry SPV I LLC | Unsecured | 1,582.00 | 1,617.14 | 1,617.14 | 0.00 | 0.00 |
| City of Chicago Department of Finance | Secured | 492.00 | 0.00 | 492.45 | 389.64 | 11.55 |
| Commonwealth Edison | Unsecured | 421.00 | 430.72 | 430.72 | 0.00 | 0.00 |
| Department Of Education | Unsecured | 30,164.00 | 30,820.39 | 30,820.39 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 10,609.00 | 11,102.07 | 11,102.07 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 28,277.54 | 28,277.54 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 45,336.00 | 45,825.89 | 45,825.89 | 0.00 | 0.00 |
| Evergreen Orthopedics, S.C. | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| First Premier BANK | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| Georgia Student Financ | Unsecured | 27,608.00 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 18,338.00 | 18,575.59 | 18,575.59 | 3,562.41 | 1,281.41 |
| Kidanu Birhanu MD, SC | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| Michet Dental Offices, P.C. | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| Nationstar Mortgage LLC | Secured | 176,647.00 | 170,638.81 | 170,638.81 | 0.00 | 0.00 |
| Nationstar Mortgage LLC | Secured | 9,815.30 | 9,815.30 | 9,815.30 | 8,868.79 | 0.00 |
| Pain Treatment Centers of Illinois | Unsecured | 3,857.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,676.00 | 1,922.13 | 1,922.13 | 0.00 | 0.00 |
| Peritus Portfolio Services | Secured | 12,110.00 | 12,984.75 | 12,984.75 | 4,166.36 | 819.86 |
| Portfolio Recovery Associates | Unsecured | 841.00 | 746.04 | 746.04 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 404.00 | 456.15 | 456.15 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 519.00 | 574.27 | 574.27 | 0.00 | 0.00 |
| Radiology Imaging Specialists | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| SLM Financial CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank | Unsecured | 113.00 | 113.99 | 113.99 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TD Bank USA NA | Unsecured | 424.00 | 467.62 | 467.62 | 0.00 | 0.00 |
| USAA Credit Card Services | Secured | 250.00 | NA | NA | 0.00 | 0.00 |
| USAA Savings BANK | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $170,638.81 | $0.00 | $0.00 |
| Mortgage Arrearage | $9,815.30 | $8,868.79 | $0.00 |
| Debt Secured by Vehicle | $60,573.79 | $17,056.75 | $3,931.82 |
| All Other Secured | $492.45 | $389.64 | $11.55 |
| **TOTAL SECURED:** | **$241,520.35** | **$26,315.18** | **$3,943.37** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$122,552.40** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,110.68 |
| Disbursements to Creditors | $30,258.55 |
| **TOTAL DISBURSEMENTS :** | **$34,369.23** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/16/2017     By: /s/ Marilyn O. Marshall
                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**